# EXHIBIT A

# Case Summary

**Case Number:** MON L-000823-23

**Case Caption:** Lawless Elise Vs Hashoff, Llc

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Monmouth | **Case Initiation Date:** 03/15/2023 |
| **Case Type:** Whistleblower / Conscientious Employee Protection Act (Cepa) | **Case Status:** Active | **Jury Demand:** 6 Jurors |
| **Case Track:** 3 | **Judge:** Owen C Mccarthy | **Team:** 3 |
| **Original Discovery End Date:** 07/12/2024 | **Current Discovery End Date:** 07/12/2024 | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

### Plaintiffs
**Elise Lawless**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** Meghan Lynn Chrisner-Keefe |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 021052011 |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** MCK@SMITHEIBELER.COM

### Defendants
**Hashoff, Llc**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

**Trinet Hr Iii, Inc.**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** David E Strand |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 016221991 |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** DSTRAND@FISHERPHILLIPS.COM

**Phil Frank**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

**) John/Jane Does (1-10 AKA John/Jane Does (1-10) (Fictitious Names Of Unknown Persons)**

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

**Abc Companies (1-10) AKA Abc Companies (1-10) (Fictitious Names Of Unknown Entities)**

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 03/15/2023 | Complaint with Jury Demand for MON-L-000823-23 submitted by CHRISNER-KEEFE, MEGHAN LYNN, SMITH EIBELER LLC on behalf of ELISE LAWLESS against HASHOFF, LLC, TRINET HR III, INC., PHIL FRANK, JOHN/JANE DOES (1-10), ABC COMPANIES (1-10) | LCV2023929668 | 03/15/2023 |

| | | | |
|---|---|---|---|
| 03/16/2023 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2023936645 | 03/16/2023 |
| 03/27/2023 | AFFIDAVIT OF SERVICE submitted by CHRISNER-KEEFE, MEGHAN, LYNN of SMITH EIBELER LLC on behalf of ELISE  LAWLESS against HASHOFF, LLC, TRINET HR III, INC., PHIL  FRANK, JOHN/JANE DOES (1-10) (FICTITIOUS NAMES OF UNKNOWN PERSONS), ABC COMPANIES (1-10) (FICTITIOUS NAMES OF UNKNOWN ENTITIES) | LCV20231040388 | 03/27/2023 |
| 03/29/2023 | AFFIDAVIT OF SERVICE submitted by CHRISNER-KEEFE, MEGHAN, LYNN of SMITH EIBELER LLC on behalf of ELISE  LAWLESS against HASHOFF, LLC, TRINET HR III, INC., PHIL  FRANK, JOHN/JANE DOES (1-10) (FICTITIOUS NAMES OF UNKNOWN PERSONS), ABC COMPANIES (1-10) (FICTITIOUS NAMES OF UNKNOWN ENTITIES) | LCV20231069052 | 03/29/2023 |
| 04/19/2023 | NOTICE OF APPEARANCE - FIRST PLEADING submitted by STRAND, DAVID, E of FISHER PHILLIPS LLP on behalf of TRINET HR III, INC. against ELISE  LAWLESS | LCV20231318215 | 04/19/2023 |
| 04/19/2023 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by D'ANDREA, THERESA, JEANINE of FISHER PHILLIPS LLP on behalf of TRINET HR III, INC. against ELISE  LAWLESS | LCV20231318257 | 04/19/2023 |
| 04/24/2023 | AFFIDAVIT OF SERVICE submitted by CHRISNER-KEEFE, MEGHAN, LYNN of SMITH EIBELER LLC on behalf of ELISE  LAWLESS against HASHOFF, LLC, TRINET HR III, INC., PHIL  FRANK, JOHN/JANE DOES (1-10) (FICTITIOUS NAMES OF UNKNOWN PERSONS), ABC COMPANIES (1-10) (FICTITIOUS NAMES OF UNKNOWN ENTITIES) | LCV20231348674 | 04/24/2023 |