# EXHIBIT F

 LEIRegister

LEI Registration     LEI Renewal     LEI Certificate/Tag     LEI Lookup
What is an LEI Number?     LEI Pricelist     About Us     Track your order
Contact     FAQ     Blog     Become a partner

# LEI Search and Lookup - Check Your LEI Number

LEI lookup: enter LEI number or company name

❮ Back to search results                    Buy Certificate                    RENEW HERE

## TRINET HR III, INC.      ACTIVE

## LEI: 549300UJR8E8M7X8BT98      LAPSED

United States of America, Marina del Rey, C/O CORPORATE CREATIONS NETWORK INC., 4640 Admiralty Way, 5th Floor, 90292

| | |
|---|---|
| Legal Name | TRINET HR III, INC. |
| Other Entity Names | TriNet Acquisition Corporation<br>TriNet HR Corporation |
| Registered At | RA000598 |
| Registration Authority Entity ID | C2433344 |
| Legal Jurisdiction | US-CA |

4/26/23, 2:32 PM
Case 3:23-cv-02334-PGS-JBD Document 1-6 TRINET GROUP, INC. LEI: 549300UJR8E8M7X8BT98 | LEI Register Filed 04/27/23 Page 3 of 5 PageID: 47

LEI Registration   LEI Renewal   LEI Certificate/Tag   LEI Lookup
Entity Legal Form Code   What is an LEI Number?   LEI Pricelist   About Us   Track your order
Contact   FAQ   Blog   Become a partner

| | |
|---|---|
| Entity Legal Form Code | H1UM |
| Entity Status | ACTIVE |

## Addresses

| Legal Address | Headquarters Address |
|---|---|
| C/O CORPORATE CREATIONS NETWORK INC. | 1100 San Leandro Blvd. |
| 4640 Admiralty Way, 5th Floor | Suite 400 |
| 90292 | 94577 |
| Marina del Rey | San Leandro |
| US-CA | US-CA |
| US | United States of America | US | United States of America |

## Registration Details

| | |
|---|---|
| LEI Initial Registration Date | 2013-04-03 |
| LEI Last Update Date | 2021-06-14 |
| LEI Registration Status | LAPSED |
| LEI Next Renewal Date | 2018-11-21 |
| Managing LOU | Business Entity Data B.V. (Business Entity Data B.V.) EVK05KS7XY1DEII3R011 |

- LEI Registration
- LEI Renewal
- LEI Certificate/Tag
- LEI Lookup
- What is an LEI Number?
- LEI Pricelist
- About Us
- Track your order
- Contact
- FAQ
- Blog
- Become a partner

**Validation Sources**  FULLY CORROBORATED

---

**Parents**

Trinet Group Inc. (Direct Parent)          Trinet Group Inc. (Ultimate Parent)

**Direct Children**

No direct child data available

**Ultimate Children**

No ultimate child data available

◀ Back to search results         CHALLENGE LEI         RENEW HERE

LEI REGISTER™
LEI CODE:
894500SMOMUFH0UZXT46

LEI lookup: enter LEI number …

info@lei-identifier.com

Terms & Conditions
Data Processing Policy



LEI Registration    LEI Renewal    LEI Certificate/Tag    LEI Lookup
What is an LEI Number?    LEI Pricelist    About Us    Track your order
Contact    FAQ    Blog    Become a partner