SMITH EIBELER, LLC

Meghan Chrisner-Keefe
Attorney At Law
MCK@smitheiebeler.com
www.SmithEibeler.com
tel. 732.444.1300
fax. 732.444.1096

July 12, 2023

**Via ECF**

Hon. J. Brendan Day, U.S.M.J.
United States District Court, District of New Jersey
402 E. State Street, Court Room 7E
Trenton, NJ 08608

> Re:    **Elise Lawless v. Hashoff, LLC, et al.**
>        **Case No: 3:23-cv-02334-PGS-JBD**

Dear Judge Day:

Our office represents Plaintiff, Elise Lawless in the above-referenced matter. We write in connection with Your Honor's Text Order entered today concerning the Initial Conference scheduled for Friday, July 14, 2023, wherein the time was adjusted from 10:00 a.m. to 1:00 p.m. I unfortunately have a conflict with the updated time as I have a 2:00 p.m. ready-hold oral argument in another matter. Accordingly, we respectfully request Your Honor adjourn the Initial Conference to a later date. Counsel for Defendant TriNet HR III, David E. Strand, Esq., and counsel for Defendant Phil Frank, Jillian Stein, Esq., have consented to this request. Thank you for Your Honor's consideration.

Very Truly Yours,

SMITH EIBELER, LLC

*/s/ Meghan Chrisner-Keefe*
MEGHAN CHRISNER-KEEFE

MCK/tcd

cc:    All Counsel of Record