UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELISE LAWLESS,<br><br>        Plaintiff,<br><br>    v.<br><br>HASHOFF, LLC, *et al.*,<br><br>        Defendants. | Civ. No. 23-2334 (PGS)(JBD)<br><br>**ORDER** |

    This matter having come before the Court for an initial conference pursuant to Fed. R. Civ. P. 16 on July 31, 2023; Meghan Chrisner-Keefe, Esq., of Smith Eibeler, LLC, appearing on behalf of plaintiff; Jillian Stein, Esq. of Kluger Healey LLC, appearing on behalf of defendant Phil Frank; and David Strand, Esq., of Fisher Phillips LLP, appearing on behalf of Trinet HR III, Inc.; and the Court having set certain interim deadlines with participation of counsel; and for good cause shown,

    IT IS on this 3rd day of August, 2023,

    ORDERED that on or before **August 31, 2023**, plaintiff shall provide to defendants a proposed amended complaint; and it is further

    ORDERED that on or before **September 14, 2023**, defendants shall advise plaintiff whether they consent or object to the filing of the amended complaint; and it is further

    ORDERED that if defendants consent to the filing of an amended complaint, plaintiff may file the amended complaint without further leave of Court, and she shall do so no later than **September 22, 2023**; and it is further

    ORDERED that if defendants do not consent to the filing of an amended complaint, plaintiff shall so advise the Court in a letter filed via CM/ECF no later than **September 22, 2023**, in which she shall propose a briefing schedule for a formal motion to amend; and it is further

    ORDERED that, to the extent practicable, the parties are directed to engage in preliminary written discovery amongst themselves; and it is further

ORDERED that pending further order of the Court, no party or their counsel shall contact or subpoena any of plaintiff's prospective or current employers concerning this matter without first providing plaintiff's counsel 30 days' notice and an opportunity to file an appropriate motion; and it is further

ORDERED that counsel shall confer in good faith in an attempt to resolve any discovery or case management disputes before raising them with the Court. Any such dispute shall be brought to the Court's attention pursuant to paragraph 5 of the Court's Civil Case Management Order, available at (https://www.njd.uscourts.gov/content/j-brendan-day). **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

ORDERED that the Court will hold a telephone status conference on **October 17, 2023 at 12:00 p.m.**; dial-in information will be provided to counsel. No later than three (3) business days prior to the telephone status conference, the parties shall file a joint status letter via CM/ECF, not to exceed three (3) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE