# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELISE LAWLESS,<br><br>                Plaintiff,<br><br>v.<br><br>HASHOFF, LLC, TRINET HR III, INC., PHIL FRANK, ABC COMPANIES (1-10) (fictitious names of unknown entities) and JOHN / JAN DOES (1-10) (fictitious names of unknown persons),<br><br>                Defendants. | Case No. 3:23-cv-02334-PGS-JBD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PHIL FRANK** |

The matter in difference in the above-entitled action having been resolved by and between the parties, it is hereby stipulated and agreed by and between the parties that the Complaint and this action is hereby dismissed with prejudice as to Phil Frank and without costs to any party.

Dated: December 4, 2023

| | |
|---|---|
| SMITH EIBLER LLC<br>*Attorneys for Plaintiff* | KLUGER HEALEY, LLC<br>*Attorneys for Defendant Phil Frank* |
| By:*/s/Meghan Chrisner-Keefe, Esq.*<br>Meghan Chrisner-Keefe, Esq.<br>**SMITH EIBELER, LLC**<br>1010 Crawfords Corner Road, Suite 1-126<br>Holmdel, N.J. 07733 | By:*/s/Jillian T. Stein, Esq.*<br>Jillian T. Stein, Esq.<br>**KLUGER HEALEY, LLC**<br>521 Newman Springs Road, Suite 23<br>Lincroft, NJ 07738 |



SO ORDERED: Peter M Sheridan
DATED: 12/6/23