UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELISE LAWLESS,<br><br>      Plaintiff,<br><br>v.<br><br>HASHOFF, LLC, TRINET HR III, INC., PHIL FRANK, ABC COMPANIES (1-10) (fictitious names of unknown entities) and JOHN / JAN DOES (1-10) (fictitious names of unknown persons),<br><br>      Defendants. | Case No. 3:23-cv-02334-PGS-JBD<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO HASHOFF, LLC |

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiff, Elise Lawless hereby voluntarily dismisses her Complaint against Defendant Hashoff, LLC with prejudice. Plaintiff further states, that to the best of her knowledge, no Answer, Motion or responsive pleading has been filed in this matter on behalf of Defendant Hashoff, LLC.

SMITH EIBELER, LLC

By:   */s/ Meghan Chrisner-Keefe*
    MEGHAN CHRISNER-KEEFE
Dated: December 13, 2023   Attorneys for Plaintiff

The Clerk is directed to close the file

SO ORDERED: [signature]
DATED: 1/2/24